UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Susan D. Wigenton

v.                          :    Crim. No. 08-495

DANIEL RAMOS-TORRES          :    CONTINUANCE ORDER

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by L. Judson Welle, Assistant U.S. Attorney), and defendant Daniel Ramos-Torres (by Cynthia Hardaway, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____7th____ day of __May__ 2009,

IT IS ORDERED that this action be, and hereby is, continued from April 19, 2009 through July 22, 2009; and it is further

ORDERED that the period from April 19, 2009 through July 22, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that all dates for the disclosure of materials under this Court's Order for Discovery and Inspection, filed on December 2, 2008, are extended for 60 days.

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to: _____

L. Judson Welle
Assistant U.S. Attorney


_____
Cynthia Hardaway, Esq.
Counsel for defendant Daniel Ramos-Torres

Form and entry
consented to:

_____
L. Judson Welle
Assistant U.S. Attorney

_____
Cynthia Hardaway, Esq.
Counsel for defendant Daniel Ramos-Torres